## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

### CASE NO.: 6:26-cv-00554

GLOBAL WEATHER
PRODUCTIONS, LLC,

                    Plaintiff,

v.

SPANGLISH ENTERTAINMENT
LLC,

                    Defendant.

_____

## COMPLAINT FOR COPYRIGHT INFRINGEMENT
### (INJUNCTIVE RELIEFE DEMANDED)

GLOBAL WEATHER PRODUCTIONS, LLC, by and through its undersigned counsel, hereby brings this Complaint against Defendant SPANGLISH ENTERTAINMENT LLC ("Spanglish Entertainment") for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1.     GWP brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to reproduce, publicly perform, and distribute its original copyrighted works of authorship.

2.     Defendant SPANGLISH ENTERTAINMENT LLC ("Spanglish Entertainment") is a media and production company that creates culturally rich content, such as podcasts, a bi-monthly magazine, events, news, and performances,

celebrating and bridging Latin and American cultures through bilingual storytelling and entertainment. At all times relevant herein, Spanglish Entertainment owned and operated the internet website located at the URL https://www.spanglish-entertainment.com/ (the "Website") and https://www.facebook.com/SpanglishEntertainment/ (the "Facebook Page").

3.      GWP alleges that Spanglish Entertainment copied GWP's copyrighted Works from the internet in order to advertise, market and promote its business activities. Spanglish Entertainment committed the violations alleged in connection with Defendant's business.

## JURISDICTION AND VENUE

4.      This is an action arising under the Copyright Act, 17 U.S.C. § 501.

5.      This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

6.      Spanglish Entertainment is subject to personal jurisdiction in Florida.

7.      Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) and  because the events giving rise to the claims occurred in this district, Spanglish Entertainment engaged in infringement in this district, Spanglish Entertainment resides in this district, and Spanglish Entertainment is subject to personal jurisdiction in this district.

## GLOBAL WEATHER PRODUCTIONS, LLC

8.      GWP is a professional videography company. GWP manages and stores Clement's collection of copyrighted works, overseeing the distribution of his

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

creative pieces to various individuals and organizations. This arrangement allows for centralized control and administration of Clement's intellectual property, streamlining the licensing and distribution of his work across different media platforms.

a.    MICHAEL BRANDON CLEMENT ("Clement") is an award-winning videographer and drone pilot that has licensed content to hundreds of media outlets globally. He has been documenting extreme weather for almost 30 years. He has been featured on Netflix, HBO and many other documentaries. His company WxChasing has a well-established brand and large following on social media. His content has amassed Billions of views. Clement has assisted with first responders, charities and regularly provides ground truth to the National Weather Service and major media outlets relaying vital information to the public.

b.    JONATHAN PETRAMALA ("Petramala") is a professional storyteller and has a degree in journalism. He has a large social media network following documenting his stories during and after major weather events. Petramala has worked from local to national media spanning more than two decades and has performed water rescues, pulled people trapped from tornado debris and helped people out of a trapped car. His content has been viewed hundreds of millions of times and been licensed to news outlets globally. Petramala was also the writer and director in multiple documentaries and been featured in other documentaries. Petramala has been a professional

3

journalist for over 20 years and shifted his focus to extreme weather and storytelling in 2018. Since then, he has chased a variety of events, including flash floods, tornadoes, and hurricanes. His first tornado chase was in Tescott, Kansas, in May 2018 during a severe weather outbreak, and he intercepted his first major hurricane, Hurricane Florence, later that same year.

9.      GWP is a Wyoming Limited Liability Company. GWP was founded May 31, 2023. Michael Brandon Clement is the sole propriotor/owner of GWP.

10.     GWP owns the rights, titles, and interests of the Clement's and Petramala's copyrighted Works.

11.     GWP's videos of extreme weather events are frequently copied, downloaded, and reuploaded by infringers. GWP's videos are a popular and frequent source of footage of weather events that cannot be obtained elsewhere. This makes GWP a frequent target for infringers and pirates.

12.     GWP's affiliate company, WXchasing, also owned by Clement, operates a popular and valuable YouTube channel on the YouTube platform. As of the filing of this Complaint:

      a.      WXchasing has over 170,000 subscribers and 250 videos on its channel on YouTube; the most popular WXchasing video had over 8.5 million views; had over 395,000 Followers and 299,000 Likes on Facebook; had over 28,000 Followers and 970 Following on Twitter; had over 4900 Followers and 180

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

Following on Instagram; and had over 2,500 Followers and 60

Following with 74,000 Likes.

## THE COPYRIGHTED WORKS AT ISSUE

13.    In 2024, GWP created the films entitled "10-10-2024 Manasota Key,

FL Hurricane Milton Devastating storm surge - Drone. and 10-10-2024 Grove City,

Florida Hurricane Milton Catastrophic Damage - Drone.," which are referred to

herein as the "Works".

14.    Clement and Petramala transferred and assigned to GWP all of their

rights, titles, and interests in the Works.

15.    Attached hereto as **Exhibit 1** is a list showing Defendant's links to its

channel, and the Plaintiff's Works that are the subject of this action.

16.     GWP registered the Works with the Register of Copyrights on

November 1, 2024, and was assigned registration numbers PA 2-507-873 and PA 2-

507-809. The Certificates of Registration are attached hereto as **Exhibit 2**.

17.    At all relevant times GWP was the exclusive owner of the copyrighted

Works.

## SPANGLISH ENTERTAINMENT

18.    Spanglish Entertainment LLC is a Florida Limited Liability Company,

with its principal place of business at 1150 Malabar Road SE, Suite #326, Palm Bay,

Florida, 32909, and can be served by serving its Registered Agent, Jose R. Colon, at

the same address.

19.    At all times relevant herein, Spanglish Entertainment owned and operated the websites and social media accounts located at the following Internet URL https://www.facebook.com/SpanglishEntertainment/.

20.    After Spanglish Entertainment downloaded GWP's Works, they edited the Works and then uploaded infringing versions of GWP's Works to its Facebook Account.

21.    Spanglish Entertainment copied GWP's Works in order to advertise, market and promote its business activities. Spanglish Entertainment committed the violations alleged in connection with its business.

## INFRINGEMENT BY SPANGLISH ENTERTAINMENT

22.    Spanglish Entertainment has never been licensed to use the Works at issue in this action for any purpose.

23.    On a date after the Works were created, but prior to the filing of this action, Spanglish Entertainment copied the Works.

24.    On or about November 20, 2024, GWP discovered the unauthorized use of its Works on Spanglish Entertainment's Facebook page at the following Internet URLs: https://www.facebook.com/SpanglishEntertainment/.

25.    Spanglish Entertainment copied GWP's Works without GWP's permission.

26.    After Spanglish Entertainment copied the Works, Spanglish Entertainment made further copies and distributed the Works on the internet to promote the sale of Spanglish Entertainment's news and media services.

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

27.     Spanglish Entertainment copied GWP's Works in order to advertise, market and promote its social media pages, grow its social media subscriber bases, earn money from advertising to its social media followers, and engage in other money-making business activities using GWP's copyrighted media content.

28.     Spanglish Entertainment committed these violations alleged in connection with Spanglish Entertainment's business for purposes of advertising to the public, including its social media viewers in Florida, in the course and scope of Spanglish Entertainment's business.

29.     Spanglish Entertainment committed copyright infringement of the Works as evidenced by the documents attached hereto as **Exhibit 3**.

30.     GWP never gave Spanglish Entertainment permission or authority to copy, distribute or display the Works.

31.     GWP never gave Spanglish Entertainment permission or authority to copy, distribute or display the Works.

32.     GWP notified Spanglish Entertainment of the allegations set forth herein on September 11, 2025 and October 2, 2025. To date, the parties have failed to resolve this matter.

## COUNT I
## COPYRIGHT INFRINGEMENT

33.     GWP incorporates the allegations of paragraphs 1 through 32 of this Complaint as if fully set forth herein.

34.     GWP owns valid copyrights in the Works at issue in this case.

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

35.    GWP registered the Works at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

36.    Spanglish Entertainment copied, displayed, and distributed the Works at issue in this case and made derivatives of the Works without GWP's authorization in violation of 17 U.S.C. § 501.

37.    Spanglish Entertainment performed the acts alleged in the course and scope of its business activities.

38.    Spanglish Entertainment's acts were willful.

39.    GWP has been damaged.

40.    The harm caused to GWP is irreparable.

WHEREFORE, GWP prays for judgment against Defendant SPANGLISH ENTERTAINMENT LLC that:

A.    Spanglish Entertainment and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

B.    Spanglish Entertainment be required to pay GWP's actual damages and Defendant's profits attributable to the infringement, or, at GWP's election, statutory damages, as provided in 17 U.S.C. § 504;

C.    GWP be awarded its attorneys' fees and costs of suit under the applicable statutes sued upon;

D.    GWP be awarded pre- and post-judgment interest; and

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

E.      GWP be awarded such other and further relief as the Court deems just and proper.

### JURY DEMAND

GWP hereby demands a trial by jury of all issues so triable.

Dated: March 11, 2026                Respectfully submitted,


                                     */s/ Sanje V. Lara*
                                     SANJE V. LARA
                                     Florida Bar Number: 1031680
                                     sanje.lara@sriplaw.com
                                     JOEL B. ROTHMAN
                                     Florida Bar Number: 98220
                                     Joel.rothman@sriplaw.com

                                     **SRIPLAW, P. A.**
                                     21301 Powerline Rd
                                     Suite 212
                                     Boca Raton, FL 33433
                                     786.743.0018 – Telephone
                                     561.404.4353 – Facsimile

                                     *Counsel for Plaintiff Global Weather Productions, LLC*